### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**EDWARD JONES**                                                                                           **PLAINTIFF**

V.                                          **CASE NO. 2:16-CV-30-JM-BD**

**STATE OF ARKANSAS, et al.**                                                                **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The State of Arkansas's motion to dismiss (docket entry #22) is GRANTED. Mr. Ford's motions to dismiss (#25 and #29) are also GRANTED. Because Mr. Jones abandoned the claims against Mr. Cook, his motions to dismiss (#25 and #29) are DENIED as moot. All other Defendants, and all Federal claims presented in Plaintiff Edward Jones's complaint (#2), amended complaint (#11), second amended complaint (#21), and supplemental second amended complaint (#32) are DISMISSED with prejudice. To the extent Mr. Jones is attempting to raise any State claims, the Court declines supplemental jurisdiction and those claims are DISMISSED without prejudice. All other pending motions are DENIED, as moot.

IT IS SO ORDERED this 14th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE